# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cr-110-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **JOHN HOWARD JOHNSON,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Turnover of Funds Held by the Federal Bureau of Investigations. (Doc. No. 27). Upon consideration of the Government's motion for an order that funds held by the Federal Bureau of Investigation be applied to restitution in this case, the Motion (Doc. No. 27) is **GRANTED**.

## ORDER

**IT IS HEREBY ORDERED** that the Federal Bureau of Investigation shall remit funds in the amount of $1,555.55, FBI evidence item numbers 91A-CE-3160621 and 91A-CE-3149533, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, to apply to the restitution imposed by the criminal judgment in this matter.

Signed: April 13, 2021

Max O. Cogburn Jr
United States District Judge